UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MICHAEL SCHUSTER,

    Plaintiff,

v.

OWNERS INSURANCE COMPANY and DIANE WILSON,

    Defendants.

Case No. 21-cv-338-JPG

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendant Owners Insurance Company and against plaintiff Michael Schuster; and

IT IS FURTHER ORDERED AND ADJUDGED that defendant Diane Wilson is dismissed from this case without prejudice as fraudulently joined.

**DATED:** May 19, 2023

                                              **MONICA A. STUMP, Clerk of Court**

                                              **s/Tina Gray, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**